# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2059
LT Case No. 16-2022-CF-002472-A

_____

ODALE TREMAINE BAKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Christina
Piotrowski, Assistant Attorney General, Daytona Beach, for
Appellee.

April 2, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____